File Hashes for IP Address 24.14.36.5

**ISP:** Comcast Cable
**Physical Location:** Evanston, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/21/2013 22:06:13 | 65FE8BDB2A66827CB26D689DE18486DEC3B8AEC7 | Late for Work |
| 02/20/2013 04:42:11 | 569FC4DE1D4193A0249BF482BA837A00E619ECB3 | Afternoon Picnic |
| 02/20/2013 04:34:57 | 4D032498266CEE64E615B9A4250B4DFAE4678071 | Apartment in Madrid |
| 01/20/2013 19:49:29 | C7E4D1847C35F0FB4B4705A9517A11E55248615D | Yoga Master and Student |
| 01/01/2013 08:22:08 | 0C18B0C843B2D2C8BB2DE79EA6801075AEA9A44C | Morning Desires |
| 12/14/2012 19:44:55 | CAF7E0C09D14A23910147818F19E1039A579692A | Then They Were Three |
| 12/14/2012 19:05:30 | F9A44D3D053F4FEC416B05C1A8AC4106E3952725 | Unforgettable View #1 |
| 10/04/2012 21:23:43 | 6778E1BB616874E8EDFCCB39BBAD28ABA01CBE8B | Happy Couple |
| 08/09/2012 21:41:48 | 4A8DF78A3EBC0F22662EDF7AE8F9E0BDB45C2FAC | Positively In Love |
| 07/24/2012 02:31:02 | 1E3FF976607295D50A4E1515AB931FB9EE0A9979 | LA Love |
| 06/12/2012 02:20:20 | A6FD98B1EEAC8696A4D5D1B1AF7EED0F08073C45 | On My Own |
| 06/10/2012 04:40:44 | 77A45D676CEF28F3EA2E9ACB4C602CADC6BBAA69 | Introducing Diana |
| 06/10/2012 04:38:49 | 8D7C7BEBAE1F76B01C650FE495C3517EC0A468D7 | Sneak N Peek |
| 05/09/2012 21:48:04 | A91CEA091431E6EC81A953896D8C2814EA4330E5 | One Night Stand |
| 04/23/2012 21:33:47 | 601803668238622B671ECC3EEBA7F76E3BC3BF2B | Wild at Heart |
| 04/08/2012 21:22:55 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 |

**Total Statutory Claims Against Defendant: 16**

EXHIBIT A

NIL81